In the Matter of EDWARD ARATARI, Petitioner, v. MARSHALL E. LIVINGSTON, as Justice of the Supreme Court, et al., Respondents.— Application unanimously denied in all respects, without costs. (Application to enjoin proceedings, vacate stay of execution, and for other relief.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

CITY OF ROCHESTER, et al., Respondents, v. TOWN OF RUSH et al., Appellants.— Order unanimously affirmed, without costs, in accordance with the following memorandum: In this action for an injunction restraining defendants from interfering with plaintiffs' operation of a solid waste disposal facility, Special Term denied defendants' motion for a preliminary injunction restraining plaintiffs from operating the facility and granted plaintiffs' motion for a preliminary injunction restraining defendants from interfering with plaintiffs' operation thereof. We find that the record sufficiently supports the order appealed from and that such order was properly granted. Special Term correctly stated that it was concerned only with temporary relief pending a full trial on the merits, which should be held without delay in order that the vital issues presented may be speedily determined. The case being entitled to a trial preference it should now be placed at the head of the Trial Calendar. (Appeal from order of Monroe Special Term granting preliminary injunction.) Present — Del Vecchio, J. P., Marsh, Moule, Cardamone and Henry, JJ. [67 Misc 2d 328.]

THE PEOPLE OF THE STATE OF NEW YORK v. PHINES KENNEDY.— Motion to reverse judgment of conviction and for other relief denied. (See *People* v. *Bell*, 36 A D 2d 406.)

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL YOUNG WASHINGTON.— Motion to reverse judgment of conviction and for other relief denied. (See *People* v. *Bell*, 36 A D 2d 406.)